Argued August 22, affirmed in part; reversed in part
September 10, 1975

STATE OF OREGON, *Respondent, v.* ROBERT ALLEN DeVORE (No. Cr 5809), *Appellant.*

539 P2d 1124

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Donald L. Paillette,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and LEE, Judges.

PER CURIAM.

The defendant was convicted of attempted murder and of burglary, and given concurrent sentences. On appeal the state concedes that the trial court committed reversible error in denying defendant's motion for judgment of acquittal on the charge of attempted murder. *State v. Smith*, 21 Or App 270, 534 P2d 1180, Sup Ct *review denied* (1975).

Defendant's other assignment of error consists of a contention that there is no evidence that the burglary took place or was triable in Umatilla County. Suffice it to say that we find the record replete with such evidence.

The attempted murder conviction is reversed; the burglary conviction is affirmed.

Affirmed in part; reversed in part.